STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
JOSE MIGUEL ALVAREZ OHARRIZ        Case No. 11-00409-SEK
                    Chapter 13      Attorney Name: ROBERTO FIGUEROA CARRASQUILLO

### I. Appearances

Debtor            [✓] Present  [ ] Absent
Joint Debtor      [ ] Present  [ ] Absent
Attorney for Debtor [ ] Present [ ] Absent
[ ] Pro-se
[✓] Substitute _Michelle Vega, Esq_

Date: February 25, 2011
Time: 3:14pm    Track: n/a
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: 0
Creditors
— none —

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[✓] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _03-09_ [✓] Returned   SC-2781
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

* As per testimony, there is no taxable income

### IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued ____ at ____

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years ____
   [ ] Federal - years ____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete  [ ] Missing
   [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing  [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re: JOSE MIGUEL ALVAREZ OHARRIZ

Case No. 11-00409-SEK

Chapter 13     Attorney Name: ROBERTO FIGUEROA CARRASQUILLO

**VI. Plan** (Cont.)
Date: January, 24, 2011   Base $ 37,800.00   [X] Filed   Evidence of Pmt shown: *Money order* $500.00 47084
Payments 0 made out of 1 due.   [ ] Not Filed   $1130.00 47085

**VII. Confirmation Hearing Date: April, 1, 2011**

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $246.00 = $2,754.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[ ] Appraisal
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
[ ] Public Liability Insurance
   [ ] Premises_____
   [ ] Vehicle(s)_____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**

Note: Debtor to inform OTP of change of address
(1) Debtor provided DSO information, Attorney to upload to USP.
(2) Debtor to amend sch B to include auto Grand Prix GT 1998 in possession of debtor's daughter.

Trustee/Presiding Officer

Date: February 25, 2011
(Rev.